FILED'10 AUG 19 15:58 USDC-ORM

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

EDWARD AND RENEE FISHER,

        Plaintiffs,        Civ. No. 10-3079-CL

                                      **ORDER**

   v.

BANK OF AMERICA HOME LOANS,

        Defendant.

---

**PANNER, J.**

    Pro se plaintiffs Edward and Renee Fisher seek an *ex parte* temporary restraining order to enjoin the foreclosure sale of their house. Plaintiffs allege the house is scheduled for a foreclosure sale on August 27, 2010, and defendant Bank of America Home Loans has not complied with the legal requirements for a valid foreclosure.

    Because of the alleged imminent foreclosure sale, I grant in part plaintiffs' request for a temporary restraining order (#3).

1  - ORDER

Defendant is enjoined from carrying out the foreclosure sale of plaintiffs' property at 3696 Princeton Way, Medford, Oregon, 97504 from this day until Monday, August 30, 2010, at 5:00 p.m. This court will hold a hearing on whether to issue a preliminary injunction on August 30, 2010, at 9:30 a.m., in Medford.

IT IS SO ORDERED.

DATED this 19 day of August, 2010.    3:25 P.M.

*[signature]*

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER