AO 440 (Rev 12/09) Summons in a Civil Action (Page 2)

FILED'10 AUG 27 12:09USDC-ORM

Civil Action No. 10-3079-CL

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Bank of America Home Loans Servicing, L.P.
was received by me on *(date)* 8/20/2010.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Denise Wipper, who is
designated by law to accept service of process on behalf of *(name of organization)* CT Corporation, Registered Agent for Bank of America Home Loans Servicing, L.P. on *(date)* 8/20/2010 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 8/20/2010

*Server's signature*

Kim Hernandez, Process Server
*Printed name and title*

PO Box 70127, Eugene, OR 97401
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | | |
|---|---|---|
| Edward F & Renee S Fisher | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 10-3079-CL |
| Bank of America Home Loans Servicing, L.P. | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   BAC Home Loans Servicing, L.P., 400 Countrywide Way, SV-35, Simi Valley, CA 93065.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Edward F and Renee S Fisher, 3696 Princeton Way, Medford, OR 97504

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

**MARY L. MORAN**

Date: 8/18/10

*Signature of Clerk or Deputy Clerk*

Certified to be a true and correct copy of original filed in this District.
Dated
Mary L. Moran, Clerk of Court
US District Court of Oregon
By Deputy Clerk
Pages _____ through _____