FILED'10 AUG 31 11:16USDC-ORM

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

EDWARD AND RENEE FISHER,

        Plaintiffs,        Civ. No. 10-3079-CL

**ORDER**

   v.

BANK OF AMERICA HOME LOANS,

        Defendant.

---

**PANNER, J.**

    *Pro se* plaintiffs Edward and Renee Fisher seek a preliminary injunction to enjoin the foreclosure sale of their house. Plaintiffs allege the house was scheduled for a foreclosure sale on August 27, 2010 and defendant Bank of America Home Loans has not complied with the legal requirements for a valid foreclosure.

    Because of the alleged imminent foreclosure sale, I granted in part plaintiffs' request for a temporary restraining order (#3). Plaintiffs then filed proof of service (#9). Defendant

1 - ORDER

did not appear at the August 30, 2010 show cause hearing and I now issue a preliminary injunction enjoining defendant from carrying out the foreclosure sale of plaintiffs' property at 3696 Princeton Way, Medford, Oregon, 97504 from this day until Wednesday, October 27, 2010, at 5:00 p.m.

IT IS SO ORDERED.

DATED this 30 day of August, 2010.

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER