**GREGORY A. CHAIMOV, OSB #822180**
gregchaimov@dwt.com
**P. ANDREW McSTAY, JR., OSB #033997**
andrewmcstay@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
1300 S.W. Fifth Avenue, Suite 2300
Portland, Oregon  97201
Telephone:  (503) 241-2300
Facsimile:  (503) 778-5299

Attorneys for Defendant BAC Home Loans Servicing, LP

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

AT MEDFORD

| | |
|---|---|
| **EDWARD & RENEE FISHER,**<br><br>                               **PLAINTIFF**,<br><br>v.<br><br>**BANK OF AMERICA HOME LOANS,**<br><br>                               **DEFENDANT**. | Case No. 10-3079-CL<br><br>**DEFENDANT BAC HOME LOANS SERVICING, LP'S MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |

Defendant BAC Home Loans Servicing, LP (erroneously listed as Bank of America Home Loans) hereby requests to substitute attorneys Gregory A. Chaimov and P. Andrew McStay, Jr. of the law firm Davis Wright Tremaine LLP as their counsel of record in the above-captioned action in place and stead of attorney Ian Kyle of the law firm Routh Crabtree Olsen, P.C., who hereby withdraws as counsel for Defendant.  The contact information for Messrs. Chaimov and McStay is as follows:

>Gregory A. Chaimov, OSB #822180
>gregchaimov@dwt.com
>P. Andrew Mcstay, Jr., OSB #033997
>andrewmcstay@dwt.com
>DAVIS WRIGHT TREMAINE LLP
>1300 S.W. Fifth Avenue, Suite 2300
>Portland, Oregon  97201
>Telephone:  (503) 241-2300
>Facsimile:  (503) 778-5299

WHEREFORE, Defendant respectfully requests that an Order be entered granting this Withdrawal and Substitution of Counsel.

DATED this 16th day of September, 2010.

**DAVIS WRIGHT TREMAINE LLP**

By /s/ *P. Andrew McStay, Jr.*
>Gregory A. Chaimov, OSB #822180
>gregchaimov@dwt.com
>P. Andrew Mcstay, Jr., OSB #033997
>andrewmcstay@dwt.com
>DAVIS WRIGHT TREMAINE LLP
>1300 S.W. Fifth Avenue, Suite 2300
>Portland, Oregon  97201
>Telephone:  (503) 241-2300
>Facsimile:  (503) 778-5299

**ROUTH CRABTREE & OLSEN, P.C.**

By: /s/ *Ian Kyle*
>Ian Kyle, OSB #094128
>ikyle@rcolegal.com
>Routh Crabtree Olsen, P.C.
>11830 SW Kerr Parkway, Suite 385
>Lake Oswego, OR 97035
>Telephone: 503.517.7183
>Facsimile: 503.977.7963

## CERTIFICATE OF SERVICE

    I hereby certify that I served a copy of the foregoing **DEFENDANT BAC HOME LOANS SERVICING, LP'S MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL** on:

    Edward and Renee Fisher
    3636 Princeton Way
    Medford, OR 97504

        Plaintiffs Pro Se

    ☒ by mailing a copy thereof in a sealed, first-class postage prepaid envelope, addressed to said attorney's last-known address and deposited in the U.S. mail at Portland, Oregon on the date set forth below;

    ☐ by causing a copy thereof to be hand-delivered to said attorney's address as shown above on the date set forth below;

    ☐ by personally handing a copy thereof to said attorney on the date set forth below;

    ☐ by sending a copy thereof via overnight courier in a sealed, prepaid envelope, addressed to said attorney's last-known address on the date set forth below;

    ☐ by faxing a copy thereof to said attorney at his/her last-known facsimile number on the date set forth below; or

    ☐ by using Cm/ECF electronic service.

    DATED this 16th day of September, 2010.

**DAVIS WRIGHT TREMAINE LLP**

By  /s/ *P. Andrew McStay, Jr.*
    Gregory A. Chaimov, OSB #822180
    gregchaimov@dwt.com
    P. Andrew Mcstay, Jr., OSB #033997
    andrewmcstay@dwt.com
    DAVIS WRIGHT TREMAINE LLP
    1300 S.W. Fifth Avenue, Suite 2300
    Portland, Oregon  97201
    Telephone:  (503) 241-2300
    Facsimile:  (503) 778-5299

Attorneys for Defendant

Page 1 – CERTIFICATE OF SERVICE

DAVIS WRIGHT TREMAINE LLP    DWT 15476242v1 0050033-004090
1300 S.W. Fifth Avenue · Suite 2300
Portland, Oregon  97201 · (503) 241-2300