**GREGORY A. CHAIMOV, OSB 822180**
gregchaimov@dwt.com
**P. ANDREW McSTAY, JR., OSB 033997**
andrewmcstay@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
1300 S.W. Fifth Avenue, Suite 2300
Portland, Oregon 97201
Telephone: 503-241-2300
Facsimile: 503-778-5299

Attorneys for Defendant BAC Home Loans Servicing, LP

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

AT MEDFORD

| | |
|---|---|
| **EDWARD & RENEE FISHER,**<br><br>          PLAINTIFF,<br><br>v.<br><br>**BANK OF AMERICA HOME LOANS,**<br><br>          DEFENDANT. | Case No. 10-3079-PA<br><br>**RESPONSE TO PLAINTIFFS'**<br>**MOTION FOR RECONSIDERATION**<br>**ON NO ANSWER DEFAULT** |

Plaintiffs have moved for reconsideration of this court's order denying their motion for a default judgment and granting defendant BAC Home Loans Servicing, LP until October 1 to enter a first appearance.

The motion for reconsideration should be denied. Motions for default are disfavored, and decisions on them are left to the sound discretion of the court. *Enron Oil Corp. v. Masonori Diakuhara*, 10 F.3d 90, 95–96 (2d Cir. 1993). Here, the court correctly concluded that a default was not warranted. Plaintiffs filed the motion for default on September 13 (Docket #15), and defendant requested an extension of time to file a first appearance on September 14

(Docket #16). The court did not err in denying the motion and giving defendant until October 1 to respond to the complaint. Nor will plaintiffs be prejudiced by the short extension of time for defendant to appear. In accordance with the court's order, defendant is filing a motion to dismiss today.

DATED this 1st day of October, 2010.

**DAVIS WRIGHT TREMAINE LLP**

By /s/ P. Andrew McStay, Jr.
Gregory A. Chaimov, OSB 822180
gregchaimov@dwt.com
P. Andrew McStay, Jr., OSB 033997
andrewmcstay@dwt.com
DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2300
Portland, Oregon 97201
Telephone: 503-241-2300
Facsimile: 503-778-5299

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing **RESPONSE TO PLAINTIFFS' MOTION FOR RECONSIDERATION ON NO ANSWER DEFAULT** on:

Edward and Renee Fisher
3636 Princeton Way
Medford, OR 97504
ed.renee.fisher@gmail.com

    Plaintiffs Pro Se

☒   by mailing a copy today in a sealed, first-class postage prepaid envelope, addressed to plaintiffs' address listed above and deposited in the U.S. mail at Portland, Oregon;

☒   by emailing a copy today to plaintiffs' email address listed above.

DATED this 1st day of October, 2010.

**DAVIS WRIGHT TREMAINE LLP**

By  /s/ *P. Andrew McStay, Jr.*
Gregory A. Chaimov, OSB 822180
gregchaimov@dwt.com
P. Andrew McStay, Jr., OSB 033997
andrewmcstay@dwt.com
DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2300
Portland, Oregon 97201
Telephone: 503-241-2300
Facsimile: 503-778-5299

Attorneys for Defendant

Page 1 – CERTIFICATE OF SERVICE

DAVIS WRIGHT TREMAINE LLP    DWT 15604396v1 0092320-000003
1300 S.W. Fifth Avenue · Suite 2300
Portland, Oregon 97201 · (503) 241-2300