GREGORY A. CHAIMOV, OSB 822180
gregchaimov@dwt.com
P. ANDREW McSTAY, JR., OSB 033997
andrewmcstay@dwt.com
DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2300
Portland, Oregon 97201
Telephone: 503-241-2300
Facsimile: 503-778-5299

Attorneys for Defendant BAC Home Loans Servicing, LP

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

AT MEDFORD

| EDWARD & RENEE FISHER, | Case No. 10-3079-PA |
|---|---|
| PLAINTIFF, | DECLARATION OF P. ANDREW McSTAY, JR. IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS, DISSOLVE PRELIMINARY INJUNCTION, AND EXPUNGE LIS PENDENS |
| v. | |
| BANK OF AMERICA HOME LOANS, | |
| DEFENDANT. | |

I, P. Andrew McStay, Jr., declare as follows:

1. I am one of the attorneys for defendant BAC Home Loans Servicing, LP ("BAC"). I make this declaration in support of Defendant's Motion to Dismiss, Dissolve Preliminary Injunction, and Expunge Lis Pendens. I have personal knowledge of the facts set forth herein.

2. I have reviewed plaintiffs' loan history, which shows that plaintiffs' last payment on the note at issue in this matter was made in November 2009. Since that time, they have not made any payments.

Page 1 – McSTAY DECL. IN SUPP. OF DEF.'S MOT. TO DISMISS
DAVIS WRIGHT TREMAINE LLP    DWT 15604270v1 0092320-000003
1300 S.W. Fifth Avenue · Suite 2300
Portland, Oregon 97201 · (503) 241-2300

3. Plaintiffs sent their injunction pleadings and the court's show cause order to a general mailing address for BAC in Simi Valley, California, that is not designated for legal process and receives hundreds of pieces of mail each day. It was received on August 25, only five days before the show cause hearing.

4. Plaintiffs send their motion for a default judgment to a different address, a post office box for customer service inquiries to BAC in Simi Valley, California.

5. Attached as Exhibits A and B are true copies of the complaint and dismissal order in *Avetisyan v. BAC Home Loans Servicing, LP*, United States District Court, Central District of California Case No. CV 10-05655.

6. Attached as Exhibit C is a true copy of a deed of trust executed by plaintiffs in connection with a loan on October 27, 2008.

*Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on the 1st day of October, 2010 in Portland, Oregon.*

/s/ P. Andrew McStay, Jr.
P. Andrew McStay, Jr.

Page 2 – McSTAY DECL. IN SUPP. OF DEF.'S MOT. TO DISMISS

DAVIS WRIGHT TREMAINE LLP    DWT 15604270v1 0092320-000003
1300 S.W. Fifth Avenue · Suite 2300
Portland, Oregon  97201 · (503) 241-2300

# CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the **DECLARATION OF P. ANDREW McSTAY, JR. IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS, DISSOLVE PRELIMINARY INJUNCTION, AND EXPUNGE LIS PENDENS** on:

Edward and Renee Fisher
3636 Princeton Way
Medford, OR 97504
ed.renee.fisher@gmail.com

Plaintiffs Pro Se

☒ by mailing a copy today in a sealed, first-class postage prepaid envelope, addressed to plaintiffs' address listed above and deposited in the U.S. mail at Portland, Oregon;

☒ by emailing a copy today to plaintiffs' email address listed above.

DATED this 1st day of October, 2010.

**DAVIS WRIGHT TREMAINE LLP**

By /s/ *P. Andrew McStay, Jr.*
Gregory A. Chaimov, OSB 822180
gregchaimov@dwt.com
P. Andrew McStay, Jr., OSB 033997
andrewmcstay@dwt.com
DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2300
Portland, Oregon 97201
Telephone: 503-241-2300
Facsimile: 503-778-5299

Attorneys for Defendant

Page 1 – CERTIFICATE OF SERVICE

DAVIS WRIGHT TREMAINE LLP    DWT 15604270v1 0092320-000003
1300 S.W. Fifth Avenue · Suite 2300
Portland, Oregon 97201 · (503) 241-2300